IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE DISTRICT OF SOUTH CAROLINA
COLUMBIA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CIVIL ACTION NO. 3:12-01518-JFA |
| )  Plaintiff, ) | |
| ) vs. ) | |
| ) $236,146.42 IN FUNDS SEIZED FROM ) BANK ACCOUNT NUMBER xxxxx1301 IN ) THE NAME OF RITURAJ INC, BANK ) ACCOUNT NUMBER xxxxx6301 IN THE ) NAME OF TULSIRAJ INC, BANK ) ACCOUNT NUMBER xxxxx9401 IN THE ) NAME OF RIYARAJ INC, AND BANK ) ACCOUNT NUMBER xxxxx3501 IN THE ) NAME OF TULSIRAJ INC, ALL SEIZED ) FROM FIRST CITIZENS BANK AND ) TRUST, ) ) Defendant In Rem. ) | US DISTRICT CT COLA, SC  2013 JAN 2 PM 4 15  RECEIVED, CLERKS OFFICE |

## CONSENT ORDER OF FORFEITURE

This *in rem* forfeiture action was filed on June 7, 2012, and concerns $236,146.42 (the "Defendant Funds") seized on or about January 17, 2012, by the United States Secret Service ("USSS"), pursuant to seizure warrants issued by Magistrate Judge Joseph R. McCrorey, from the following accounts with First Citizens Bank and Trust:

- Checking Account Number xxxx1301 in the Name of Rituraj Inc;

- Checking Account Number xxxx6301 in the Name of Tulsiraj Inc;

- Checking Account Number xxxx9401 in the Name of Riyaraj Inc; and

- Checking Account Number xxxx3501 in the Name of Tulsiraj Inc.

Following the filing of Complaint for Forfeiture *In Rem*, the United States served direct notice of the forfeiture action on the known potential claimants, Sunilkumar Patel, Jalpa Patel, Kirankumar Patel, Kirtiben Ramchandra Joshi, Rituraj, Inc., Riyaraj, Inc., and Tulsiraj, Inc. *See*, Notice of Judicial Forfeiture (Docket Entry 6). In response, Sunilkumar Patel filed a judicial claim to the Defendant Funds.

As set forth in the Declaration of Publication filed on September 26, 2012, and in accordance with Supplemental Rule G(4), Fed.R.Civ.P., notice of this forfeiture action was published on an official internet government forfeiture site, "www.forfeiture.gov", for at least 30 consecutive days, beginning on July 12, 2012, and ending on August 10, 2012. Docket Entry 10. Any person claiming an interest in the Defendant Funds was required to file a claim within sixty days after the first date of such publication (by October 9, 2012). No persons other than Sunilkumar Patel have filed claims in this action. All time limits for filing claims have now expired, and with no extensions to such time limits having been requested, consented to, or granted by the court.

The United States and Sunilkumar Patel have reached the following settlement. The Defendant Funds are to be forfeited, condemned, quit-claimed, and abandoned to the United States, to be disposed of pursuant to law as a forfeited asset. The United States agrees to forego further efforts to seize or forfeit any other funds or property alleged to be involved in, or traceable to, the alleged structuring activities giving rise to the seizure and forfeiture in this case.

The parties agree that each side shall bear its own costs.

NOW THEREFORE, the Court being fully advised, and based on the Stipulation for Compromise Settlement, which is incorporated herein by reference, it is

ORDERED, ADJUDGED, AND DECREED, that:

1.  All persons and entities other than Sunilkumar Patel claiming any right, title or interest in or to the Defendant Funds are hereby held in default; and default judgment is entered against them.

2.  Pursuant to 31 U.S.C. § 5317(a)(2) and 18 U.S.C. § 981(a)(1)(A), the Defendant Funds, to wit, $236,146.42, are hereby forfeited, condemned, quit-claimed, and abandoned to the United States of America.

4.  Clear title in and to the Defendant Funds is hereby vested in the United States of America, and no other right, title or interest exists therein. All other claims in or to said $236,146.42, the Defendant Funds, are hereby forever foreclosed and barred.

5.  The Defendant Funds forfeited herein shall be disposed of by the Government in accordance with law.

6.  The United States agrees to make no further efforts to seize or forfeit any other funds or property alleged to be involved in, or traceable to, the alleged structuring activities giving rise to the seizure and forfeiture in this case.

SO ORDERED this 27d day of December, 2012.

Joseph F. Anderson, Jr.
United States District Judge

Columbia, South Carolina